|     |     |     |
| --- | --- | --- |
| 1   |     |     |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| THE STANDARD FIRE INSURANCE COMPANY, | CASE NO. C20-0092JLR-MLP |
| --- | --- |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| CAROLYN LANGE, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court hereby refers to Magistrate Judge Michelle L. Peterson for preparation of a report and recommendation Plaintiff The Standard Fire Insurance Company's ("Standard Fire") pending motion for summary judgment. (*See* MSJ (Dkt. # 17).)  Federal Rule of Civil Procedure 72(b) governs any further proceedings in this court after Magistrate Judge Michelle L. Peterson files a report and recommendation concerning the motion.  *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

ORDER - 1

1     Accordingly, the court ORDERS that the above-entitled action is referred to Magistrate Judge Michelle L. Peterson for the specific purposes and motion described herein.  The court further DIRECTS and EMPOWERS Magistrate Judge Michelle L. Peterson to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.

    Dated this 11th day of September, 2020.

JAMES L. ROBART
United States District Judge