UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>CAROLYN LANGE, *et al.*,<br><br>             Defendants. | Case No. C20-92 JLR<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Defendants' Objections (Dkt. # 36), and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation;

(2)   Plaintiff's Motion for Summary Judgment (dkt. 17) is GRANTED and the Court finds Plaintiff entitled to the following declaratory relief: Plaintiff owes no defense or coverage obligations to Carolyn and Benjamin Lange for the claims asserted against them in the Underlying Action, *C.L. v. Carolyn and Benjamin Lange*, Whatcom County Superior Court Case No. 17-2-02207-8, under the insurance policies issued to them by Plaintiff, Policy No. 947122960 633 1, which were in effect between January 1, 2002 and January 1, 2005;

ORDER - 1

(3) This matter is DISMISSED with prejudice; and

The Clerk is directed to send copies of this order to the parties and to the Honorable Michelle L. Peterson.

Dated this 15th day of __October__, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2